# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 5:13-cr-15-Oc-22PRL**

**RAYMOND EARL JONES, JR.**

---

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 65), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on March 22, 2016.

After an independent *de novo* review of the record in this matter, and noting that Defendant filed a Request for Expedited Show Cause Hearing (Doc. No. 67), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation entered March 23, 2016 (Doc. No. 65), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   Defendant shall personally appear before this court on **TUESDAY, April 12, 2016, at 11:30 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 7, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Raymond Earl Jones, Jr.